Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

POWER THE FUTURE

Plaintiff

vs.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

Defendant

Civil No. 26-3390 (BAH)

Category I

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 10/1/2026 from Judge John D. Bates to Judge Beryl A. Howell by direction of the Calendar Committee.

(Case Not Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc: Judge John D. Bates & Courtroom Deputy
Judge Beryl A. Howell & Courtroom Deputy
Liaison, Calendar and Case Management Committee