UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER THE FUTURE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant. | Civil Action No. 26-3390 (BAH) |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant National Archives and Records Administration respectfully moves for a twenty-one-day extension of Defendant's time to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) to November 20, 2026. A proposed order is attached.

In support of this Motion, Defendant states as follows:

1. Defendant's deadline for responding in this Freedom of Information Act matter is currently October 30, 2026.

2. Defendant respectfully submits that good cause exists for the requested extension because agency counsel requires additional time to investigate the factual allegations in the complaint, *see* Compl. (ECF No. 1) ¶¶ 9, 11–14, and to prepare a response. This is the first extension requested by either party in this matter and the requested extension would not affect any other deadlines in this case.

3. Defendant acknowledges that pursuant to this Court's standing order, requests for an extension of time must generally be submitted at least four days in advance of the relevant deadline. Defendant respectfully submits that its non-compliance with this rule should be excused

in this instance because the need for an extension only became known to the undersigned on October 29, 2026.

4. Pursuant to Local Civil Rule 7(m), the undersigned conferred via electronic mail with Plaintiff's counsel, who advised that Plaintiff consents to the relief requested.

Dated: October 30, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Andrew J. Vaden*
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorneys for the United States of America*