UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER THE FUTURE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant. | Civil Action No. 26-3390 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Extend Time to Respond, and for good cause shown, it is hereby ORDERED that Defendant's motion is GRANTED.

It is further ORDERED that Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before November 20, 2026.

SO ORDERED.

Dated:

____________________________
BERYL A. HOWELL
United States District Judge